

# NUMBER 13-13-00168-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN RE ASSOCIATED PRESS

## On Petition for Writ of Mandamus

## MEMORANDUM OPINION

### Before Chief Justice Valdez and Justices Benavides and Longoria
### Memorandum Opinion Per Curiam[1]

Relator, Associated Press, filed a petition for writ of mandamus and emergency motion for stay in the above cause on March 28, 2013, requesting that we stay an order issued by the Honorable Mario E. Ramirez which restrained relator from publishing information regarding the underlying trial court proceedings. The Court requested that the real parties in interest, the State of Texas, acting by and through the District Attorney for Hidalgo County, and the juvenile J.B.R., or any others whose interest would

---

[1] *See* TEX. R. APP. P. 52.8(d) ("When denying relief, the court may hand down an opinion but is not required to do so."); TEX. R. APP. P. 47.4 (distinguishing opinions and memorandum opinions).

be directly affected by the relief sought, file a response to the petition for writ of mandamus.

The Court has now received and reviewed a response to the petition for writ of mandamus filed by the State of Texas. According to the response, on April 3, 2013 the trial court entered an "Order Rescinding Court Order to Restrict Publicity," and "thus this mandamus action concerns an issue which is now moot."

Because the order subject to review herein has been rescinded, relator's petition for writ of mandamus has been rendered moot. *See Heckman v. Williamson County*, 369 S.W.3d 137, 162 (Tex. 2012) (stating that a case becomes moot if there is no justiciable controversy between the parties—that is, if the issues presented are no longer "live," or if the parties lack a legally cognizable interest in the outcome); *In re Kellogg Brown & Root, Inc.*, 166 S.W.3d 732, 737 (Tex. 2005) (orig. proceeding) ("A case becomes moot if a controversy ceases to exist between the parties at any stage of the legal proceedings ").

The Court, having examined and fully considered the petition for writ of mandamus and the response thereto, is of the opinion that this matter has been rendered moot. Accordingly, the Court DISMISSES the petition for writ of mandamus as moot. *See* TEX. R. APP. P. 52.8(a). The emergency motion to stay, which was previously carried with the case, is likewise DISMISSED AS MOOT.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
9th day of April, 2013.

2